## KINNEY, TRUSTEE, v. HEURING ET AL.

[No. 6,895. Filed July 2, 1908.]

APPEAL.—*Perfection of.—Computation of Time.*—Where the motion for a new trial was overruled on May 17, 1907, and the transcript on appeal was filed May 18, 1908, the appeal is properly perfected, May 17, 1908, being Sunday.

From Superior Court of Marion County (71,286); *James M. Leathers*, Judge.

Suit by Martha E. Heuring against Collie E. Kinney, as trustee, and others. From a decree for plaintiff, defendant Kinney appeals. On motion to dismiss appeal. *Motion overruled.* (For decision on merits, see—— Ind. App. —.)

*Collie E. Kinney*, for appellant.
*Charles Martindale*, for appellee.

Per Curiam.—Appellee moves to dismiss the appeal for the reason that the transcript was not filed within the time fixed by statute. The time for taking appeals under §672 Burns 1908, §633 R. S. 1881, begins to run from the date that the motion for a new trial of the cause is overruled. *Joyce* v. *Dickey* (1885), 104 Ind. 183; *Moon* v. *Cline* (1895), 11 Ind. App. 460; *New York, etc., R. Co.* v. *Doane* (1886), 105 Ind. 92. In the case at bar the motion for a new trial was overruled May 17, 1907, the transcript was filed May 18, 1908. The statute (§1350 Burns 1908, §1280 R. S. 1881) provides that the time within which an act is to be done is to be computed by excluding the first day and including the last day. If the last day be Sunday it should be excluded. The last day in the case at bar occurred on Sunday. The transcript was filed in time.

Motion overruled.